IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD BURGESS,

    Plaintiff,

v.

Case No. 18-cv-527-jdp

GARY BOUGHTON, MARK KARTMAN,
PHILLIP FREDRICK, JOHN DOE, OFFICER
MCCULLEN, REBECCA FELDMAN-TRACY,
JOLINDA WATERMAN, STACY HOEM,
RUBIN SCOTT, SGT. M. LARSON,
ANGELA MINK, CAPTAIN ESSER,
LT. SCULLION, CAPTAIN HOEPER,
SGT. MCCLAIMANS, MARY LEE,
T-KROENING-SKIME, LT. ATWOOD,
CAPTAIN HANFELD, SGT. GILMAN and
WILLIAM BROWN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/6/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |